**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **RAFAEL MARFIL, VERGE PRODUCTIONS LLC, ENRICO MARFIL, NAOMI MARFIL, KOREY RHOLACK, DANIEL OLVEDA, AND DOUGLAS WAYNE MATHES,** | § § § § § | |
| *Plaintiffs*, | § § | **Civil Action No. 6:20-cv-248-ADA-JCM** |
| | § | |
| **v.** | § § | |
| **THE CITY OF NEW BRAUNFELS, TEXAS,** | § § § | |
| *Defendant.* | § | |

**NOTICE OF APPEAL**

Notice is hereby given that **ALL PLAINTIFFS** hereby appeal to the United States Court of Appeals for the Fifth Circuit the following orders entered by the district court in this action:

- The order and judgment of September 15, 2022 (Doc. 29) adopting the report and recommendation of the United States Magistrate Judge (Doc. 20); granting Defendant's motion to dismiss (Doc. 9); overruling Plaintiffs' objections to the report and recommendation of the federal magistrate judge (Doc. 23); denying Plaintiffs' motion for preliminary injunction (Doc. 16); and denying Plaintiffs motion to amend the complaint (Doc. 15); and

- The text order docketed on September 20, 2022 mooting Plaintiffs' motion for preliminary injunction (Doc. 16).

Respectfully submitted,
***/s/ J. Patrick Sutton***
J. Patrick Sutton
Texas Bar No. 24058143
103 E. Holly Street Suite 409
Bellingham, WA 98225
Tel. (512) 417-5903
*jpatricksutton@jpatricksuttonlaw.com*
Attorney for Plaintiffs