# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RAFAEL MARFIL, VERGE PRODUCTIONS, LLC, ENRICO MARFIL, NAOMI MARFIL, KOREY A. RHOLACK, DANIEL OLVEDA, DOUGLAS WAYNE MATHES § § § § § § | NO: WA:20-CV-00248-ADA |

vs.

CITY OF NEW BRAUNFELS, TEXAS

## ORDER SETTING ZOOM MSJ HEARING 6.20.CV.248

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a PUBLIC ZOOM MSJ HEARING on December 05, 2024 at 01:30 PM.

IT IS SO ORDERED this 29th day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE